# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv572

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE COMPANY, et al., ) ) ) Plaintiffs, ) ) vs. ) ) LEO DOWELL INTERIORS, INC., ) et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission of attorney Ruth S. Kochenderfer as counsel *pro hac vice*. [Doc. 12].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 12] is **ALLOWED**, and Ruth S. Kochenderfer is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 13, 2009

Martin Reidinger
United States District Judge